United States Bankruptcy Court

Northern District of Alabama

In re:

Erin Haynes Thompson

Joseph William Thompson

    Debtors

Case No. 26-00132-TOM

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1126-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 01, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 11804369 | + Email/Text: bankruptcy@flagshipcredit.com | May 02 2026 02:21:00 | Flagship Credit Acceptance, Attn: Bankruptcy Dept, PO Box 3807, Coppell, TX 75019-5877 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradford W. Caraway | ctmail@ch13bham.com  trusteeALNB1R@ecf.epiqsystems.com |
| Eric Peterson | on behalf of Debtor Erin Haynes Thompson epeterson@alabamabankruptcyrelief.com |
| Eric Peterson | on behalf of Joint Debtor Joseph William Thompson epeterson@alabamabankruptcyrelief.com |
| Matthew Davis | on behalf of Debtor Erin Haynes Thompson mdavis@alabamabankruptcyrelief.com kdavis@alabamabankruptcyrelief.com;crystal@alabamabankruptcyrelief.com;casemanager@alabamabankruptcyrelief.com;DavisMR96711@notify.bestcase.com;ABRC@ecf.courtdrive.com;dev@docketdetective.com |

Matthew Davis

on behalf of Joint Debtor Joseph William Thompson mdavis@alabamabankruptcyrelief.com
kdavis@alabamabankruptcyrelief.com;crystal@alabamabankruptcyrelief.com;casemanager@alabamabankruptcyrelief.com;Davis
MR96711@notify.bestcase.com;ABRC@ecf.courtdrive.com;dev@docketdetective.com

TOTAL: 5

# United States Bankruptcy Court

## NORTHERN DISTRICT OF ALABAMA
Case No. 26-00132-TOM13
Chapter 13

In re: Debtor(s) (including Name and Address)

Erin Haynes Thompson
923 Colonial Acers Drive
Leeds AL 35094

Joseph William Thompson
923 Colonial Acers Drive
Leeds AL 35094

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/30/2026.

Name and Address of Alleged Transferor(s):

Claim No. 3: Flagship Credit Acceptance, Attn: Bankruptcy Dept, PO Box 3807, Coppell, TX 75019

Name and Address of Transferee:

Westlake Portfolio Management
3440 Flair Drive Lockbox # 841637
El Monte CA 91731

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/03/26

William M. Tootle
**CLERK OF THE COURT**